| | | | |
|---|---|---|---|
| | AUSA: DePorre | Telephone: (810) 766-5177 | |
| AO 91 (Rev. 11/11)  Criminal Complaint | Special Agent: Gatza, ATF | Telephone: (810) 341-5710 | |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
  v.

Thomas Jefferson Atkins, IV,

Case: 4:26-mj-30335
Judge: Ivy, Curtis
Filed: 06-04-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 21, 2026 _____ in the county of _____ Genesee _____ in the _____ Eastern _____ District of _____ Michigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Distribution of a controlled substance |
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

There is probable cause to believe that on or about May 21, 2026, in the Eastern District of Michigan, Thomas Atkins, IV, knowingly distributed a controlled substance in violation of 21 U.S.C. § 841(a)(1) and was a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1).

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Barry Gatza, Special Agent, ATF
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __June 4, 2026__

City and state: __Bay City, MI__

_____
*Judge's signature*

Hon. Patricia T. Morris, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Special Agent Barry Gatza, being first duly sworn, hereby depose and state as follows:

## INTRODUCTION & AGENT BACKGROUND

1. I make this affidavit from personal knowledge based on the following: my participation in this investigation, including witnessing interviews by myself and/or other law enforcement officers, communications with others who have personal knowledge of the events and circumstances described herein, and information gathered through my training and experience. The information outlined below is for the limited purpose of obtaining a criminal complaint and an arrest warrant. I have not set forth each and every fact I have learned in this investigation.

2. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives, United States Department of Justice, assigned to the Detroit Field Division since July 2020. I graduated from the Criminal Investigator Training Program and the ATF Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. During my employment with ATF, I have conducted and/or participated in numerous criminal investigations involving the possession and use of firearms, drug trafficking violations, criminal street gangs and other violations of federal law.

## PURPOSE OF AFFIDAVIT

3.    The purpose of this affidavit is to establish probable cause that on May 21, 2026, in the Eastern District of Michigan, Thomas Jefferson Atkins, IV, (DOB: XX/XX/1995) distributed a controlled substance in violation of 21 U.S.C. § 841(a)(1), and was a felon in possession of firearms in violation of 18 U.S.C. § 922(g)(1).

4.    Because this affidavit is being submitted for the limited purpose of establishing probable cause for a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth facts that I believe are necessary to establish probable cause of violations of federal criminal offenses, specifically 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 922(g)(1).

## PROBABLE CAUSE

5.    Since April of 2026, the ATF has been investigating Atkins for violations of federal narcotic and firearms laws. In April of 2026, I reviewed a Computerized Criminal History (CCH) of Atkins which revealed he has been convicted of felony offenses punishable by a term of imprisonment exceeding one year. As a result, he is not legally permitted to possess firearms under federal or state law. Specifically, Atkins has the following felony conviction:

2

*Federal Conviction:*

- Convicted of felon in possession of a firearm in the U.S. District Court for the Eastern District of Michigan. Sentenced on February 9, 2022, to 55 months in custody and 24 months of supervised release.

*State Convictions:*

- Convicted of possession of a controlled substance in Genesee County Circuit Court. Sentenced on April 26, 2019, to 219 days in custody and 24 months of probation.

- Convicted of carrying a concealed weapon in Genesee County Circuit Court. Sentenced on April 26, 2019, to 187 days in custody and 24 months of probation.

6. During the investigation, detectives from the Flint Area Narcotics Group (FANG) and Special Agents from the ATF observed Atkins at his home on E. Baker Street, Flint, Michigan on several occasions.

7. On May 21, 2026, a FANG Detective and myself, both acting in an undercover capacity met with Atkins near his home to purchase two firearms from Atkins. During the transaction, the FANG Detective and I purchased two firearms from Atkins, which was conducted on a street around the corner from his residence. After the below-listed firearms were purchased, Atkins spoke to me about selling me cocaine. I drove Atkins to his residence and parked in the driveway. Atkins went

3

into his home and returned a short time later to my vehicle. Atkins then sold me approximately 3 grams of crack cocaine for an agreed amount of U.S. currency. After the transaction, the evidence was transported to the ATF Field Office. The suspected crack cocaine was field tested by an ATF Special Agent, which yielded a positive result of cocaine. Cocaine is classified as a Schedule II controlled substance.

8.     Below is a listed of the firearms purchased from Atkins on May 2, 2026:

- One (1) Walther, model CCP, 9mm-caliber, semi-automatic pistol bearing serial number WK110080, loaded with two rounds of live 9mm-caliber ammunition;

- One (1) one Pioneer Arms Corporation, model: Sporter, 7.62-caliber, lower receiver bearing serial number: RAC1114845;

9.     I contacted Interstate Nexus Expert ATF Special Agent Kyle McGraw. SA McGraw advised, based upon the description provided, the Walther, model M88, 9mm-caliber pistol and the Pioneer Arms Corporation are both firearms as defined under 18 U.S.C. § 921 and was manufactured outside of the state of Michigan after 1898, and therefore the firearm had traveled in and affected interstate commerce.

## CONCLUSION

10.     Based upon the above information, there is probable cause that on May 21) and, in the Eastern District of Michigan, Thomas Jefferson Atkins, IV,

4

distributed a controlled substances in violation of 21 U.S.C. § 841(a)(1), and was a

felon in possession of firearms in violation of 18 U.S.C. § 922(g)(1).

_____

Barry Gatza, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Subscribed and sworn before me or by reliable electronic means on this __4th__ day of
June, 2026.

_____

Hon. Patricia T. Morris
United States Magistrate Judge

5